IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY DAVIS                    :    CIVIL ACTION
                                 :
            v.                   :
                                 :
DAVID DIGUGLIELMO, et. al.       :    NO. 08-4929

## ORDER

WILLIAM H. YOHN, J.

    AND NOW, this 6 day of May, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, filed 3/24/09 and no objection having been filed by petitioner, it is

    ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ William H. Yohn, Jr._
WILLIAM H. YOHN, J.